1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT

7      FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9  GREGORY DAVID FRANCESCO GIORGI,        No.  C 09-06112 JSW

10              Plaintiff,                **SUA SPONTE REFERRAL
                                          ORDER**
11      v.

12  BANK OF AMERICA, et al.,

13              Defendants.
                                                    /
14

15         Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court ORDERS

16  that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is

17  related to *Giorgi v. Wells Fargo Bank N.A., et al.*, Case No. 09-1335 CW.

18         **IT IS SO ORDERED.**

19

20  Dated:   January 14, 2010
                                            _____
21                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

        Plaintiff,

  v.

BANK OF AMERICA et al,

        Defendant.

                                /

Case Number: CV09-06112 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory David-Francisco Giorgi
126 Stadium Avenue
Mill Valley, CA 00000

Dated: January 14, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk