1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

      Plaintiff,

  v.

BANK OF AMERICA, et al.,

      Defendants.

_____/

No.  C 09-06112 JSW

**SUA SPONTE REFERRAL ORDER**

      Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Giorgi v. Wells Fargo Bank N.A., et al.*, Case No. 09-1335 CW.

      **IT IS SO ORDERED.**

Dated:   January 14, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GREGORY DAVID FRANCESCO GIORGI,

        Plaintiff,

   v.

BANK OF AMERICA et al,

        Defendant.

_____/

Case Number: CV09-06112 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory David-Francisco Giorgi
126 Stadium Avenue
Mill Valley, CA 00000

Dated: January 14, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk